# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| MARIO GIBSON,<br> Plaintiff, | Case No. 1:21-cv-292 |
| vs. | Barrett, J.<br>Litkovitz, M.J. |
| CITY OF CINCINNATI, *et al.*,<br> Defendants. | **REPORT AND**<br>**RECOMMENDATION** |

 Plaintiff, an inmate at the Hamilton County Justice Center (HCJC), has filed a motion for leave to proceed *in forma pauperis* in connection with a pro se civil rights complaint under 42 U.S.C.§ 1983. (Doc. 1). Plaintiff's financial affidavit reveals that he has sufficient funds to pay the full filing fee of $402.00 ($350 filing fee and $52 administrative fee) in order to institute this action. Plaintiff's certified prison trust fund account statement reveals that as of April 5, 2021, plaintiff had $513.00 on account to his credit at HCJC. (*See* Doc. 1 at PageID 6)

 Because it thus appears that plaintiff has sufficient funds to commence this action, it is **RECOMMENDED** that plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 1) be **DENIED** and that plaintiff be ordered to pay the required filing fee of $402.00 within **thirty (30) days** of the date of filing of any Order adopting this Report and Recommendation.

 **IT IS SO RECOMMENDED.**

Date: 4/28/2021

                Karen L. Litkovitz
                United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARIO GIBSON,                                    Case No. 1:21-cv-292
    Plaintiff,

                                                       Barrett, J.
vs.                                               Litkovitz, M.J.

CITY OF CINCINNATI, *et al.*,
    Defendants.

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to this Report & Recommendation ("R&R") within **FOURTEEN (14) DAYS** after being served with a copy thereof. That period may be extended further by the Court on timely motion by either side for an extension of time. All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections. A party shall respond to an opponent's objections within **FOURTEEN DAYS** after being served with a copy of those objections. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).